IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WESLEY DILLARD,                                                                          PLAINTIFF
ADC #116862

v.                                      No. 3:11CV00293 JLH-JTK

T. J. UNDERWOOD, et al.                                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Landsdown is DISMISSED from Plaintiff's Complaint for failure to state a claim.

IT IS SO ORDERED this 17th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE