# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES WESLEY DILLARD,  PLAINTIFF
ADC #116862

v. 3:11-cv-00293-JLH-JTK

T.J. UNDERWOOD, et al. DEFENDANTS

## ORDER

In light of Defendants' Response and Amended Discovery Responses (Doc. No. 29), Plaintiff's Motion to Compel (Doc. No. 27) is DENIED without prejudice as moot.

IT IS SO ORDERED this 11th day of April, 2012.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE