IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WESLEY DILLARD,                                                                    PLAINTIFF
ADC #116862

v.                                         3:11-cv-00293-JTK

T. J. UNDERWOOD, et al.                                                                  DEFENDANTS

## ORDER

The November 1, 2012 Hearing in this matter is hereby CANCELLED.

The September 26, 2012 Transportation Order is also CANCELLED.

The Clerk shall forward a copy of this Order to ADC Central Transportation/Medical Services, 6814 Princeton Pike, Pine Bluff, AR 71602.

IT IS SO ORDERED this 29th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE